UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYCKOFF FARMS, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMMIE CORPORATION, a foreign corporation; CHRISTINE KIM, an individual,<br><br>    Defendants. | NO. CV-11-3102-RHW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff has been directed to show cause on three separate occasions as to why this case should not be dismissed for failure to prosecute. *See* ECF Nos. 2, 6, 9. Plaintiff has not responded to the Court's orders.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed**, without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel and Defendants, and close the file.

**DATED** this 12th day of December, 2013.

                                     *s/Robert H. Whaley*
                                ROBERT H. WHALEY
                                United States District Judge

Q:\RHW\aCIVIL\2011\Wyckoff Farms\showcause4.wpd

**ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 1**